**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6247**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

PRESTON T. GOODE,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, Senior District Judge.  (3:00-cr-00223-REP-1)

Submitted:  June 22, 2009          Decided:  June 30, 2009

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Preston T. Goode, Appellant Pro Se.  Rodney LaMont Jefferson, OFFICE OF THE UNITED STATES ATTORNEY, Stephen David Schiller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Preston T. Goode appeals the district court's order granting his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Goode's motion for appointment of counsel and affirm the district court's order. United States v. Goode, No. 3:00-cr-00223-REP-1 (E.D. Va. Jan. 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2